**BPO Form**

Cain & Company Real Estate
PO BOX 66643, Houston, TX 77266
1(800) 685-7708

Date Ordered: 11/26/2019 5850 Thrush

**B&B Funding, LLC**
**ATTN: Cheryl Bobrowicz-Greenberg**
1055 Parsippany Blvd, Suite 200
Parsippany, NJ 07054

Phone: (866) 533-6600
Fax: (973) 912-4466

**Subject Property Address:**
Street: 6203 Overdale        City: Houston        State: TX
Zip: 77087

| OWNER'S NAME | Currently Listed? NO | Previous DOM | Previous LP | Current LP | Listing Company | | |
|---|---|---|---|---|---|---|---|
| Yolanda Johnson | No | 0 | | | | | |
| Recommended inspections: | | | | Property Type | Vacant / Occupied | Condition | Neighborhood trend |
| Roof, termites plumbing and electrical are needed because of age and signs of deferred maintenance with a history of flooding in area. | | | | SFR | Occupied | Average | Dev/ |
| COMMENTS ON SUBJECT'S CONDITION: Area is undergoing drainage work after flooding from Harvey and Imelda, some new development, house in fair to average condition. Noticed window units so maybe no central A/C and roof seemingly 15 years. | | | | | | | |

**SUBJECT PROPERTY**

| | Sq. Ft. | #Units | #Rooms | Bed | Bath | Bsmt (%fin) | Garage | Lot Size | Yr. Built |
|---|---|---|---|---|---|---|---|---|---|
| 6203 Overdale St | 2292 | 1 | 7 | 4 | 2 | | 2 | 7452 | 1955 |

USE COMPS LESS THEN 6 MONTHS OLD (IF IMPRACTICAL, LESS THAN 12 MONTHS)

| Comparable Sales | Sq. Ft. | #Units | #Rooms | Bed | Bath | Bsmt (%fin) | Garage | Lot Size | Yr. Built |
|---|---|---|---|---|---|---|---|---|---|
| #1 5850 Thrush | 1270 | 1 | 5 | 3 | 2 | 0 | 2 | 7020 | 1959 |
| #2 6038 Belmark Street | 1150 | | 5 | 3 | 1 | 0 | 1 | 6300 | 1955 |
| #3 6171 Lyndhurst Drive | 1980 | 1 | 6 | 4 | 3 | 0 | 1 | 7150 | 1950 |

| | Prox. To Subj. (blks/miles) | Owner | Finance Type | Condition | Broker inspected | Sale Date | DOM | Original LP | LP at Sale | Sale $$ |
|---|---|---|---|---|---|---|---|---|---|---|
| #1 | .7 | | Cash | Fair | N | 9/18/2019 | 18 | 55000 | 35000 | 54000 |
| #2 | .5 | | Cash | Fair | N | 9/26/2019 | 43 | 74900 | 65000 | 59850 |
| #3 | .5 | | Cash | Fair | N | 8/22/2019 | 117 | 128000 | 89000 | 57850 |

| Comparable Listings | Sq. Ft. | #Units | #Rooms | Bed | Bath | Bsmt (%fin) | Garage | Lot Size | Yr. Built |
|---|---|---|---|---|---|---|---|---|---|
| #1 6403 Hirondel Street | 2648 | 1 | 6 | 4 | 3 | 0 | 0 | 7128 | 1955 |
| #2 6406 Hirondel Street | 1534 | 1 | 5 | 4 | 2 | 0 | 0 | 7128 | 1956 |
| #3 6303 Reed Road | 2500 | 1 | 5 | 4 | 2 | 0 | 0 | 7260 | 1950 |

| | Prox. To Subj. (blks/miles) | Owner | Finance Type | Condition | BROKER INSPECTED | List Date | DOM | Original LP | Current LP |
|---|---|---|---|---|---|---|---|---|---|
| #1 | .2 | REO | Cash | Poor | No | 10/7/2019 | 85 | 126500 | 113900 |
| #2 | .2 | Conv | | Fair | No | 8/29/2019 | 30 | 125000 | 125000 |
| #3 | .6 | Conv | Conv | Good | No | 11/5/2019 | 42 | 219500 | 199950 |

**MARKET VALUES SHOULD BE BASED ON A 60 DAY MARKETING**

| AS IS QUICK SALE VALUE: | 109000 | Suggest AS IS List Price | 125000 |
|---|---|---|---|
| Repaired Value | 154000 | Suggest REPAIRED List Price | 162000 |
| | | | |

**ATTACH PHOTOS TO A SEPARATE SHEET**

**BPO**

Exhibit A

Photos:
Please paste photos

Property on corner lot
Side



# Address Verification





**SOLD COMPS**
**Sold 1 5850 Thrush**



Sold 2
6028 Belmark



## Sold 3
## 6167 Lyndhurst



## LISTING COMPS

### List 1

### 6403 Herondel



### List 2
### 6406 Herondel



# List 3

## 6303 Reed

